IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH BROWN : | |
| : | CIVIL ACTION |
| v.  : | |
| : | |
| STARWOOD HOTELS & RESORTS : | NO.: 02-2690 |
| WORLDWIDE, INC., T/A BWI : | |
| AIRPORT MARRIOTT, *et al.* : | |
| Defendants | |

## DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT IN TRESPASS

Defendants, Starwood Hotels & Resorts Worldwide, Inc. t/a BWI Airport Marriott, BWI Airport Marriott and Marriott International, Inc. ("Defendants"), by counsel, answers the Plaintiff, Deborah Brown ("Brown" or "Plaintiff"), and states:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. After a reasonable investigation, the Defendants are without sufficient knowledge or information to form a belief as to the truth of the corresponding allegation and, accordingly, such allegation is denied.

8. Denied. It is denied that Defendants' negligence and/or carelessness proximately caused Plaintiff's alleged injuries.

9. Denied. The Defendants are without sufficient knowledge or information to form a belief as to the truth of the corresponding allegation and, accordingly, such allegation is denied.

10. Denied. The Defendants are without sufficient knowledge or information to form a belief as to the truth of the corresponding allegation and, accordingly, such allegation is denied.

11. Denied. The Defendants are without sufficient knowledge or information to form a belief as to the truth of the corresponding allegation and, accordingly, such allegation is denied.

12. Denied. The Defendants are without sufficient knowledge or information to form a belief as to the truth of the corresponding allegation and, accordingly, such allegation is denied.

13. Denied. It is denied that Defendants' negligence and/or carelessness proximately caused Plaintiff's alleged injuries and, accordingly, all such allegations are denied. The allegations of paragraph 13 of Plaintiff's Complaint are further denied on the grounds that they call for legal conclusions.

14. Denied. The Defendants are without sufficient knowledge or information to form a belief as to the truth of the corresponding allegation and, accordingly, such allegation is denied.

15. Denied. The Defendants are without sufficient knowledge or information to form a belief as to the truth of the corresponding allegation and, accordingly, such allegation is denied.

16. Denied. The Defendants are without sufficient knowledge or information to form a belief as to the truth of the corresponding allegation and, accordingly, such allegation is denied.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's causes of action are barred in whole or in part by the applicable statutes of limitations and/or repose.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's causes of action are barred in whole or in part by laches.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff is barred from recovery in this action on the basis of contributory negligence.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiff is barred from recovery in this action on the basis of assumption of risk.

### SIXTH AFFIRMATIVE DEFENSE

If the Plaintiff incurred the injuries as alleged in the Complaint, the same did not result from any action or omission of these Defendants, but such injuries, if any, were caused in whole or in part, or was contributed to, by the acts or omissions of persons other than these Defendants, for whose acts or omissions these Defendants are not liable.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by waiver and/or estoppel.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by release.

Respectfully submitted,

GERMAN, GALLAGHER & MURTAGH

BY:_____
    Kim R. Plouffe
    Attorney for Defendants
    I.D. #34563
    200 S. Broad Street, 5th Floor
    Philadelphia, PA 19102
    (215) 545-7700

OF COUNSEL:
Anthony J. Zaccagnini, Esquire
Semmes, Bowen & Semmes, P.C.
250 West Pratt Street, 15th Floor
Baltimore, Maryland 21201-2423
410-539-5040 (phone)
410-539-5223 (facsimile)
Attorneys for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____ day of June, 2002 a copy of Defendants' Answer to Plaintiff's Amended Complaint in Trespass was mailed first-class, postage prepaid, to:

>Edwin L. London, Esquire
>Matkoff, Shengold, Burke, London, Blyweiss & Arbittier
>2500 Aramark Tower
>1101 Market Street
>Suite 2500
>Philadelphia, Pennsylvania 19107
>
>Attorneys for Plaintiff

_____
Kim R. Plouffe, Esquire

4