IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DEBORAH BROWN                          :            CIVIL ACTION

     vs.                                        :

STARWOOD HOTELS & RESORTS              :
WORLDWIDE, INC.,
BWI AIRPORT MARRIOTT,                   :
MARRIOTT INTERNATIONAL, INC.

                                  :            NO. 02-2690


### NOTICE OF ARBITRATION HEARING

      Please take note that the above-captioned civil action case has been rescheduled for

ARBITRATION at 9:30 am on Friday, November 1, 2002*.  **PLEASE NOTE THAT THIS**

**ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900**

**MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM**

**ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                              Michael E. Kunz
                                              Clerk of Court

**\*Case continued from 10/24/02**
**NO FURTHER CONTINUANCES**
**WILL BE GRANTED WITHOUT**
**COURT APPROVAL\***                       By:_____
                                                ADRIENNE MANN
                                              Deputy Clerk
                                              Phone:267-299-7075


Date:September 17, 2002

Copies:       Charles Ervin, Courtroom Deputy to Judge O'Neill
                Docket Clerk - Case File

             Counsel:      Edwin L. London, Esq.
                            Anthony J. Zaccagnini, Esq.
                            Kim R. Plouffe, Esq.
             Arbitrators:

ARB2.FRM