IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEBORAH BROWN                               :           CIVIL ACTION

       v.                                         :

STARWOOD HOTELS & RESORTS        :
WORLDWIDE, INC., INDIVIDUALLY
AND T/A BWI AIRPORT MARRIOTT, et al   :           NO.  02-2690

## O R D E R

AND  NOW,  TO  WIT:  this 17th day of March, 2003, it having been reported that
the issues between the parties in the above action have been settled and upon Order of the Court
pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED  that  the  above  action  is  DISMISSED  with  prejudice,  pursuant  to
agreement of counsel without costs.

MICHAEL E. KUNZ, Clerk of Court

BY:_____
       Charles J. Ervin, Deputy Clerk